Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
David Shein (SBN 230870)
david@donigerlawfirm.com
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., d/b/a "Michael Grecco Photography," a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>POPMATTERS MEDIA, INC., an Illinois corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-04418-PA-KS<br>*Hon. Percy Anderson Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS THE ACTION WITHOUT PREJUDICE** |

- 1 -

[PROPOSED] ORDER ON STIPULATION FOR
DISMISSAL OF THE ACTION WITHOUT PREJUDICE

[PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action be dismissed without prejudice;

2. ~~The Court will retain jurisdiction to enforce the terms of the settlement agreement; and~~

3. Each party is to bear its own costs and fees as incurred against one another in this action.

SO ORDERED.

Date: November 29, 2017    By: _____
                               HON. PERCY ANDERSON
                               U.S. DISTRICT COURT JUDGE

- 2 -